IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Samuel R. Gardner, AIS# 107989                    )
_____                    )
Full name and prison number                       )
of plaintiff(s)                                    )
                                                   )
v.                                                 )  CIVIL ACTION NO. 2:07-CV-1063-WKW
                                                   )  (To be supplied by Clerk of
Leon Forniss, Warden of Staton                     )     U.S. District Court)
_____                    )
Prison; Department of Corrections;                 )
_____                    )
et Al.,                                            )
_____                    )
                                                   )
_____                    )
                                                   )
_____                    )
Name of person(s) who violated                    )
your constitutional rights.                        )
(List the names of all the                         )
persons.)                                          )

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES ( )  NO ( ✓ )

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES ( ✓ )  NO ( )

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) Samuel R. Gardner
                  _____

                  _____

                  Defendant(s) Gwendolyn Mosley, Warden, Easterling
                  Prison
                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) USDC Montgomery, AL

                  _____

3.  Docket number *UnKnown*

4.  Name of judge to whom case was assigned _____
    *unKnown*

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
    *ALL dismissed*

6.  Approximate date of filing lawsuit *Several, during ca. A.D. 2000-2005, ALL for Native American Rights*

7.  Approximate date of disposition *2005"?*

II. PLACE OF PRESENT CONFINEMENT *Staton Correctional Facility P.O. Box 56, Highway 143 North, Elmore, AL 36025-0056*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Staton Correctional Facility, address as above.*

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

        NAME                ADDRESS

1.  *Mr. Leon Forniss, Warden, above address, in concert with Dept. of Corrections*

2.  _____

3.  _____

4.  _____

5.  _____

6.  _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *Ongoing*

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *The application of plaintiff's Federal Veterans Administration Laws are being blocked by defendants.*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

It is of record that plaintiff volunteered to do 3 tours of Active combat duty in Vietnam, for which he was Awarded 3 Purple Hearts, one Silver Star, and one bronze star; and a battlefield Officer's Commission as 2nd Lieutenant, with a subsequent Commission as 1st Lieutenant. // Due to Veterans Administration procedure, [see pg 3A, attached]

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

3

Pg. 3A

before plaintiff can receive the lawfully rendered financial entitlements, he must first receive a full medical examination at a local Veterans Administration Hospital.

Alabama State prisoners are routinely transferred by van (etc.) to Montgomery, Birmingham, etc, hospitals for treatment by consultative physicians on contract.

Plaintiff has been refused permission for transit to the Local Veterans Administration Hospital for aforesaid required medical examination. (See Exhibit A, attached, by defendant Leon Forniss, who states therein that plaintiff will need a Court Order from this Hon. Court prior to said transit).

Plaintiff has been incarcerated for 34 years in service of a life sentence. A recent parole hearing shows the liklihood that plaintiff (now age 57) will remain in prison until death. Plaintiff waited until after said parole hearing to initiate this action, because parole would have obviated the necessity of a Court Order.

Plaintiff seeks no monetary compensation from this Hon. Court; but only seeks an Order enabling him to pursue his legitimate Veterans rights.

Alabama State prisons do not supply all necessities, such as postage stamps; pens; razors serviceable for tough whiskers (only soft whiskers); etc.. Plaintiffs Veterans entitlements will supply these and other needs, now in his old age.

— finis —

pg. 3A

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

_Satisfy defendant(s) requirement of a Court Order for_
_A timely pre-Arranged transit to Local Veterans Administration_
_medical examination department._

X _Samuel R. Gardner_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on X _Dec. 3 2007_ .
(Date)

X _Samuel R. Gardner_
Signature of plaintiff(s)

4

Samuel R. Gardner A.I.S.#107989
P.O. Box 56 Staton C.F.
Elmore, AL 36025-0056

9577

Clerk of the Court
United States District Court
P.O. Box 711
Montgomery, AL 36101

36101+0711-11 B007

*Exhibit A*

## INMATE REQUEST SLIP

Name GARDNER, SAMUEL RUSSELL Quarters C-1-16B Date 1/5/07

AIS # 107989

( ) Telephone Call          ( ) Custody Change          ( ) Personal Problem
( ) Special Visit           ( ) Time Sheet              (✓) Other _____

**Briefly Outline Your Request - <u>Then Drop In Mail Box</u>**

DEAR WARDEN FORNISS - I SERVED 3yrs, IN ACTIVE COMBAT
OVERSEAS. THE VETERANS Administration will pay me ten percent
(10%) of my VA benefits. But first they REQUIRE A physical EXAM
at the LOCAL VA hospital. If I fill out the VA papers for this,
do you think you can ARRANGE for me to be transported to the
hospital, when they send you a date for my medical appointment?

                                    SINCERELY
                                    Samuel Gardner

**Do Not Write Below This Line - <u>For Reply Only</u>**

I Can not authorized a trip to the
VA. You can Only go when
you are ordered by the Courts.

                        12/8/07

Approved     (Denied)     Pay Phone     Collect Call

**Request Directed To: (<u>Check One</u>)**

( ) Warden                    ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary ( ) Record Office
                              Public

N176

*Exhibit A*