Case Number

_____
ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

United States District Court, Montgomery, Alabama
_____ [Insert appropriate court]

Samuel R. Gardner, AIS #107989
(Petitioner)

2:07-CV-1063-WKW

vs.

Leon Forniss, Warden of Staton Prison; Department of Corrections; et al.,
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

I, Samuel R. Gardner _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ____   No ✓____

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    U.S. Army, 1971, amount unknown

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?

       Yes ____   No ✓____

    b. Rent payments, interest, or dividends?

       Yes ____   No ✓____

    c. Pensions, annuities, or life insurance payments?

       Yes ____   No ✓____

    d. Gifts or inheritances?

       Yes ____   No ✓____

    e. Any other sources?

       Yes ____   No ✓____

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _✓_        No _____

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _Two dollars ($2.00)_

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____     No _✓_

   If the answer is "yes", describe the property and state its approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _None_

   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on X _November 26, 2007_
                      (Date)

   X _Samuel Archer_
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _2.00_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Staton Correctional_ institution:

_____

_____

_Nov. 27, 2007_
DATE

_Tracy McMahon_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
NOV. 27, 2007              USER: MCMAHON, TRACY                    INMADB
                       COMPUTE AVERAGE DAILY BALANCE




                ENTER THE INMATE'S AIS NUMBER ===>   107989

            ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20071127


                  NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                          PRESS ENTER TO CONTINUE
```