IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL R. GARDNER, II, #107989, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-1063-WKW |
| ) | |
| LEON FORNISS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon review of the response filed by the defendants on January 7, 2008 (Court Doc. No. 6), and for good cause, it is

ORDERED that on or before January 23, 2008 the plaintiff shall show cause why this case should not be dismissed as the Veteran's Administration will not allow him entry into any of its facilities as he is an incarcerated person. It is further

ORDERED that the defendants shall not file a special report or answer unless/until further order of this court.

The plaintiff is advised that if he fails to file a response to this order the Magistrate Judge will enter a Recommendation that this case be dismissed.

Done this 8th day of January, 2008.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE