IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

Samuel R. Gardner, II

    Plaintiff,

v.

Leon Forniss Warden of Staton Prison, and ADOC

    Defendants,

CASE NO. 2007-CV-1063

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Leon Forniss, Warden, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/14/2008
Date

(Signature)
**Albert S. Butler**
(Counsel's Name)

**Leon Forniss & ADOC, Defendants**
Counsel for (print names of all parties)

301 South Ripley Street
Montgomery, AL 36130
Address, City, State Zip Code

334-454-3886
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail postage prepaid (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 14th day of February 20 08 to:

Samuel Gardner, AIS 107989

Staton Correctional Facility

P. O. Box 56

Elmore, AL AL 36025


2/14/2008
Date

/s/ Albert S. Butler
Signature