IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL R. GARDNER, II, #107989, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-1063-WKW |
| | ) |
| LEON FORNISS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

In the document filed on February 20, 2008 (Court Doc. No. 16), the plaintiff requests that this court tax the costs of this case, including the filing fee, upon the defendants. The court therefore construes this document to contain a motion to tax costs on the defendants. Upon consideration of the motion to tax costs, and as such action is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 21st day of February, 2008.


                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE